# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDA GHANBARI,<br>        Plaintiff,<br><br>    v.<br><br>MEDICREATIONS LLC, et al.,<br>        Defendants. | SACV 20-966 DSF (KESx)<br><br>Order to Show Cause re Dismissal for Lack of Subject Matter Jurisdiction |

   Plaintiff filed a complaint in this Court on the basis of diversity jurisdiction. However, both Plaintiff and one of the Defendants are alleged to be residents or citizens of California. Therefore, Plaintiff is ordered to show cause, in writing, no later than June 15, 2020 why this case should not be dismissed for lack of subject matter jurisdiction.

   IT IS SO ORDERED.

Date: May 29, 2020

_____
Dale S. Fischer
United States District Judge